IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| Edy Santana | : | Case No.1:11-cv-20237-KMM |
| Plaintiff | : | |
| v. | : | |
| 777 Brickell Partners, LLC., | : | |
| Defendant | : | |
| _____/ | : | |

**NOTICE OF APPEARANCE**

Rafael dJ Pozo from Law Offices, Rafael dJ. Pozo, P.A. enters his appearance as counsel for EDY SANTANA, in the above styled lawsuit.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 8/17/11 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; and that the foregoing document is being served this day on all counsel of record via transmission of the Notices of Electronic Filing generated by the CM/ECF.

LAW OFFICES
**Rafael dJ. Pozo, P.A.**
P.O. Box 835155
Miami Florida 33283-5155

(305) 443-4773

By: _____
    RAFAEL dJ POZO
    F.B.N.: 982075

Cc: Edy Santana, via e-mail